IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE ANGULO and ABIGAIL ANGULO, Individually and on Behalf of Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-24-CA-00182-FB |
| SAFECO INSURANCE COMPANY OF INDIANA, | § § § § | |
| *Defendant*. | § | |

## ORDER TRANSFERRING VENUE TO THE SHERMAN DIVISION
## OF THE EASTERN DISTRICT OF TEXAS

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed on May 19, 2025, concerning Defendant's Motion to Dismiss for Improper Venue, or Alternatively, to Transfer. To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 28) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Defendant's Motion to Dismiss for Improper Venue, or Alternatively, to Transfer (docket no. 9) is GRANTED in PART and this case is TRANSFERRED to the Sherman Division of the Eastern District of Texas.

    It is so ORDERED.

    SIGNED this 2nd day of June, 2025.

                                        FRED BIERY
                                      UNITED STATES DISTRICT JUDGE

.